UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-60726-LEIBOWITZ/AUGUSTIN-BIRCH

**KENDALL MILLER,** *et al.*,

    *Plaintiffs*,

v.

**LATINOS RESTAURANTE CORP.,** *et al.*,

    *Defendants.*
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation on Plaintiff's Amended Motion for Default Judgment [ECF No. 37] ("R&R"), filed on August 4, 2025, recommending that Plaintiffs' Amended Motion for Default Judgment ("the Motion") [ECF No. 16] be GRANTED. [ECF No. 37 at 1]. The undersigned previously referred the Motion to U.S. Magistrate Judge Augustin-Birch for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 18]. Plaintiffs did not file objections to the R&R. Having reviewed the Motion, the record, the Report and Recommendation, the governing law and finding no error, it is hereby

    **ORDERED AND ADJUDGED** that:

    1.    The Magistrate Judge's Report and Recommendation [ECF No. 37] is **AFFIRMED** and **ADOPTED** and fully incorporated herein.

    2.    Plaintiffs' Amended Motion for Default Judgment [ECF No. 16] is **DENIED.**

**DONE AND ORDERED** in the Southern District of Florida on August 19, 2025.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record